

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 05-80359 CIV-Middlebrooks/Johnson

GARY BROWN & ASSOCIATES, INC., a
Florida corporation,

Plaintiff,

vs.

IMPRESSION BRIDAL, INC., a Texas
corporation d/b/a IMPRESSION BRIDAL and
EMME BRIDAL: EMME BRIDAL, INC., a
Texas corporation d/b/a EMME BRIDAL; and
ASHDON, INC., a Texas corporation d/b/a
IMPRESSION BRIDAL

Defendants.
_____/



ORDER

Granted ____ Denied __X__

Comments:

[signature]

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Date: September 4, 2008

FILED by _____ D.C.

AUG 13 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## DEFENDANTS' MOTION TO APPEAR PRO HAC VICE BY CLIFFORD A. LAWRENCE, JR.

Defendants, IMPRESSION BRIDAL, INC., a Texas corporation d/b/a IMPRESSION BRIDAL and EMME BRIDAL: EMME BRIDAL, INC., a Texas corporation d/b/a EMME BRIDAL; and ASHDON, INC., a Texas corporation d/b/a IMPRESSION BRIDAL (hereinafter referred to as "Defendants"), by and through their undersigned counsel and in accordance with the Local Rules, hereby move and apply for permission for Clifford A. Lawrence, Jr., Esquire to appear *Pro Hac Vice* and participate in this case as co-counsel for Defendants. In support of this Motion, Defendants state as follows:

1. Clifford A. Lawrence, Jr. is not admitted to practice in the Southern District of Florida and is a member in good standing of the State Bar of Texas and the United States District Court for the Southern District of Texas. See Exhibit A.